# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**KENNITH OAKLEY VEST,** *as Special Administrator of the Estate of Ronald Jay Vest, Deceased, and on behalf of the Wrongful Death Beneficiaries*  **PLAINTIFF**

v.  Case No. 4:23-cv-00879-LPR

**TOWE FAMILY FARMS TRUCKING, LLC; and DARREN LEE MURDOCK**  **DEFENDANTS**

## ORDER

On October 23, 2023, Plaintiff Kennith Oakley Vest filed a Second Amended Complaint removing all claims against Defendants Southland Transport Service of Stuttgart, LLC, Towe Farms Trucking, LLC, and Towe Farms, LLC.[1] Plaintiff now seeks remand of his remaining claims against Defendants Towe Family Farms Trucking, LLC and Darren Lee Murdock.[2] Defendants do not oppose Plaintiff's Motion.

Plaintiff's Unopposed Motion to Remand (Doc. 18) is GRANTED. Plaintiff's remaining claims were filed in Arkansas state court and arise solely under Arkansas tort law.[3] Additionally, Plaintiff and Defendant Darren Lee Murdock are both citizens of Arkansas.[4] Thus, it appears the Court lacks subject-matter jurisdiction over this case.[5] The Court must therefore remand the case to State court pursuant to 28 U.S.C. § 1447(c).[6] The Clerk is directed to mail a certified copy of

---

[1] Second Am. Compl. (Doc. 21).

[2] Mot. to Remand (Doc. 18).

[3] Compl. (Doc. 2) at 13–20; First Am. Compl. (Doc. 6) at 17–24; Second Am. Compl. (Doc. 21) at 10–16.

[4] Second Am. Compl. (Doc. 21) at 2–4.

[5] *See* 28 U.S.C. § 1331 (federal question jurisdiction); 28 U.S.C. § 1332 (diversity jurisdiction).

[6] *See* 28 U.S.C. § 1447(c) ("If at any time before final judgment it appears that the district court lacks subject matter jurisdiction, the case shall be remanded.").

this Order to the clerk of the Circuit Court of Jefferson County, Arkansas, so that the State court may proceed with this case.

    IT IS SO ORDERED this 24th day of October 2023.

                                                  _____
                                                  LEE P. RUDOFSKY
                                                  UNITED STATES DISTRICT JUDGE