IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KENNITH OAKLEY VEST,** *as Special*                                           **PLAINTIFF**
*Administrator of the Estate of Ronald*
*Jay Vest, Deceased, and on behalf of the*
*Wrongful Death Beneficiaries*

v.                            Case No. 4:23-cv-00879-LPR

**TOWE FAMILY FARMS TRUCKING,**
**LLC; and DARREN LEE MURDOCK**                                **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered today, it is CONSIDERED, ORDERED, and ADJUDGED that this case is REMANDED to state court.

IT IS SO ADJUDGED this 24th day of October 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE